UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRYSTAL DUNHAM,<br><br>                    Plaintiff,<br><br>         v.<br><br>COVIDIEN, LP.,<br><br>                    Defendant. | Civil Action No. 1:19-cv-02855-JGK |

Application granted.
SO ORDERED.

New York, NY    /s/ John G. Koeltl
June 19, 2020    John G. Koeltl, U.S.D.J.

## NOTICE OF JOINT MOTION TO STAY

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law filed simultaneously herewith, the undersigned counsel for Defendant Covidien LP and Plaintiff Crystal Dunham move before the Honorable John G. Koeltl United States District Judge, of the United States District Court, Southern District of New York, at 500 Pearl Street, New York, NY 10007, on a date and at a time designated by the Court, for an Order staying all proceedings in this action pending decision on a motion currently before the United States Judicial Panel on Multidistrict Litigation ("JPML") to transfer and coordinate pending federal actions related to the use of Covidien's hernia mesh products. A stay will conserve judicial and party resources and avoid duplicative litigation. Both parties agree that a stay of all proceedings is appropriate.

For the reasons detailed in the accompanying Memorandum of Law in support of this joint motion, Plaintiff and Defendant respectfully request that the Court grant the motion to stay all proceedings pending a ruling by the JPML on the creation of a Covidien hernia mesh MDL and transfer of this case to that MDL.

Dated: June 19, 2020                              Respectfully Submitted,

                                              **DLA PIPER LLP (US)**

                                              /s/ *Jessica C. Wilson*
                                              Jessica C. Wilson
Katie Insogna
DLA PIPER LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Telephone: (617) 406-6000
Facsimile: (617) 406-6100
jessica.wilson@dlapiper.com
katie.insogna@dlapiper.com

*Attorneys for Defendant Covidien LP*

**MARC J. BERN & PARTNERS, LLP**

s/ *Alexandra Colella*
Alexandra Colella
MARC J. BERN & PARTNERS, LLP
60 E. 42nd St., Ste 950
New York, NY 10165
Telephone: (212) 702-5000
Acolella@bernllp.com

*Attorney for Plaintiff Crystal Dunham*

## CERTIFICATE OF SERVICE

I, Jessica C. Wilson, hereby certify that on June 19, 2020, a true and correct copy of the foregoing Notice of Joint Motion to Stay, Memorandum of Law in Support of the Motion, and exhibits to the same, were electronically filed and will be sent to all registered counsel of record by operation of the Court's electronic filing system.

                                          /s/ *Jessica C. Wilson*
                                          Jessica C. Wilson