UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CRYSTAL DUNHAM,

                      Plaintiff,

      -against-                                           19 **CIVIL** 2855 (JGK)

                                                           **JUDGMENT**

COVIDIEN, LP,

                      Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated October 9, 2020, the Court has considered all of the arguments of the parties. The arguments are either moot or without merit. The defendant's motion to dismiss is granted in its entirety and the case is dismissed with prejudice; accordingly, this case is closed.

**Dated:** New York, New York

         October 13, 2020

                                                      **RUBY J. KRAJICK**

                                                       **Clerk of Court**
                                  BY:
                                                        **Deputy Clerk**